UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND and THE NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199 & THE CONNECTICUT NURSING HOMES TRAINING AND UPGRADING FUND | : : : : : : : : | CIVIL ACTION NO. |
| Plaintiffs, | : : : | |
| v. | : : | |
| PARADIGM HEALTHCARE DEVELOPMENT, LLC | : : : : | |
| Defendant. | : | September 5, 2012 |

# COMPLAINT

### NATURE OF ACTION

1.  This action is brought pursuant to Section 515 of the Employee Retirement Income Security Act of 1974 (as amended) ("ERISA"), 29 U.S.C. §1145, to recover delinquent contributions, interest, penalties, and liquidated damages owed plaintiff Taft-Hartley ERISA Funds by defendant employers.

### JURISDICTION

2.  Jurisdiction of this Court is invoked pursuant to Section 502(e) of ERISA, 29 U.S.C. §1132(e).

### THE PARTIES

3.  Plaintiffs New England Health Care Employees Pension Fund and New England Health Care Employees Training Fund (the "Funds") are Taft-Hartley multiemployer trust funds established pursuant to written Declarations and Agreements of Trust in accordance with the

provision of Section 302(c)(5) of the Labor Management Relations Act (LMRA), 29 U.S.C. §185(c)(5).  Plaintiff Pension Fund is an employee pension benefit plan within the meaning of Section 3(2)(A) of ERISA, 29 U.S.C. §1002(2)(A).  Plaintiff Training Fund is an employee welfare benefit plan within the meaning of Section 3(1) of ERISA, 29 U.S.C. §1002(1).

4.  Defendant is an "employer" and "party in interest" as the terms are defined in Section 3(5) and (14) of ERISA, 29 U.S.C. §1002(5) and (14).  Defendant Paradigm Healthcare Development, LLC, ("Paradigm") is located at 99 East River Drive, 8th Fl, in East Hartford, Connecticut.  Defendant Paradigm owns and operates five (5) long term care facilities in Connecticut:

    a.  Paradigm of New Haven, located at 181 Clifton Street, New Haven, CT 06513;
    b.  Paradigm of Torrington, located at 80 Fern Drive in Torrington, Connecticut, 06790;
    c.  Paradigm of Prospect, located at 25 Royal Crest Drive, Prospect, Connecticut, 06712;
    d.  Paradigm of Waterbury, located at 177 Whitewood Road **Waterbury**, CT 06708; and,
    e.  Paradigm of West Haven, located at 310 Terrace Avenue, West Haven, Connecticut, 06516;

CAUSE OF ACTION

5.  Defendant is a party to collective bargaining agreements, as defined in Section 301(a) of LMRA, 29 U.S.C. §185(a) and Section 515 of ERISA, 29 U.S.C. §1145, with the New England Health Care Employees Union, District 1199 ("District 1199") covering bargaining units of employees at defendant's facilities.

6.  By virtue of the collective bargaining agreements, Defendant is obligated to make monthly payments to Plaintiff Funds of a stated percentage of the previous month's gross

payroll for bargaining unit employees covered by the collective bargaining agreements.

7. Defendant employer has failed to submit the required monthly contribution payments to plaintiff Pension Fund. The approximate total principal amount owed by Defendant to plaintiff Pension Fund as of September 1, 2012 is **$337,610.71**, exclusive of accrued interest.

8. Defendant employer is delinquent to the Training Fund in the total amount of **$49,340.91**, exclusive of interest, for miscalculations in past monthly contribution payments.

9. Under the terms of plaintiff Funds' Policies On Collections plaintiff Funds are entitled to recover interest on delinquent payments at the rate of 1½% per month as well as additional penalties/damages pursuant to Section 502(g) of ERISA, 29 U.S.C. §1132(g), in the amount of 20% of the delinquency or double interest, whichever is greater.

10. Payment of the delinquency has been demanded by plaintiff Funds but the Defendant has failed to remit the amounts owed.

11. Defendant's delinquency, if not paid in full immediately, constitutes a prohibited transaction as defined in Section 406 of ERISA, 29 U.S.C. §1006(a)(1)(B).

<u>RELIEF REQUESTED</u>

**WHEREFORE,** Plaintiffs ask this Court to grant the following relief against Defendant:

a. Render judgment in favor of plaintiff Funds for delinquent contributions, together with interest at the rate of 1½% per month on unpaid contributions as provided for under the Funds' Trustees Collection Policy and pursuant to 29 U.S.C. §1132(g)(2)(B);

b. Award plaintiff Funds penalties under ERISA in the amount of 20% of the delinquency or double interest, whichever is greater, pursuant to Section 502(g)(2)(C)(ii) of ERISA, 29 U.S.C. §1132(g)(2)(C)(ii);

c. Award plaintiff Funds reasonable attorneys fees and costs incurred in prosecuting this matter as provided for in Section 502(g)(2)(D) of ERISA, 29 U.S.C. §1132(g)(2)(D);

d. A permanent injunction, as permitted under Section 1132(g)(2)(E) of ERISA, to ensure the defendants' future compliance with the terms of its collective bargaining agreement (CBA) and the requirements of ERISA

e. Such other legal or equitable relief which this Court shall deem just and appropriate.

**PLAINTIFFS,**
NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND AND THE NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199 & THE CONNECTICUT NURSING HOMES TRAINING AND UPGRADING FUND

Dated: <u>September 5, 2012</u>   By: _____/S/_____
Michael E. Passero, Esq., ct11707
Mpassero@jmcreanelaw.com
Law Firm of John M Creane
92 Cherry Street, P.O. Box 170
Milford, CT 06460
T: 203-878-2419
F: 203-878-6021